IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CHIMES INTERNATIONAL, LIMITED, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Case No. 1:10-cv-00773 BEL |
| | * | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., | * | |
| | * | |
| | * | |
| Defendant | * | |
| _____ | * | |

## STIPULATION

All Plaintiffs, Chimes International, Limited, Chimes District of Columbia, Inc. Developmental Services of New Jersey, Inc., Chimes Metro, Inc. Chimes Virginia, Inc. Terry A. Perl, Martha L. Perl, Martin Lampner, and Albert Bussone, on the one hand, and Defendant National Union Fire Insurance Company of Pittsburgh, PA., on the other hand, mutually agree to extend response deadlines to discovery requests propounded by opposing parties as follows:

1. Plaintiffs served Interrogatories and Requests for Production of Documents (hereinafter, "Plaintiffs' Discovery Requests") on Defendant on or about May 28, 2010. Defendant's due date to serve responses to Plaintiffs' Discovery Requests, and any objections to Plaintiffs' Discovery Requests is extended to **July 19, 2010**.

2. Defendants served Interrogatories, Requests for Admission, and Requests for Production of Documents (hereinafter, "Defendants' Discovery Requests") on Plaintiffs on or about June 7, 2010. Plaintiffs' due date to serve responses to Defendants' Discovery Requests and any objections to Defendants' Discovery Requests is extended to **July 29, 2010**.

SO AGREED THIS 1st DAY OF JULY, 2010:

| | |
|---|---|
| /s/   Eric Pelletier | /s/   Joseph B. Wolf |
| Eric Pelletier #12716 | Linda S. Woolf, Esquire |
| Offit Kurman, P.A. | Joseph B. Wolf, Esquire |
| 4800 Montgomery Lane, 9th Floor | Goodell, DeVries, Leech & Dann, LLP |
| Bethesda, Maryland 20814 | One South Street, 20th Floor |
| T: (240) 507-1739 | Baltimore, Maryland 21202 |
| F: (240) 507-1735 | |
| | *Attorneys for Defendant* |

Michael Conley, Esq. (Admitted *Pro Hac Vice*)
Frederick Pettit, Esq. (Admitted *Pro Hac Vice*)
*Attorneys for Plaintiffs*

## Certificate of Service

I hereby certify that on this 1st day of July, 2010, I hereby served a copy of the foregoing stipulation via the court's ecf system and by first class mail, postage prepaid, upon:

> Linda S. Woolf, Esquire
> Joseph B. Wolf, Esquire
> Goodell, DeVries, Leech & Dann, LLP
> One South Street, 20th Floor
> Baltimore, Maryland 21202

                                          /s/   Eric Pelletier
                                               Eric Pelletier